AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) Case: 1:21-mj-00418 |
| v. | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 5/7/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| GARY LAIRD WICKERSHAM | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Gary Laird Wickersham _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ☒ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
                Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Digitally signed by
G. Michael Harvey
Date: 2021.05.07
13:32:14 -04'00'

Date: _____ May 7, 2021 _____

*Issuing officer's signature*

City and state: _____ Washington, D.C. _____   _____ G. Michael Harvey, U.S. Magistrate Judge _____

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/7/2021 , and the person was arrested on *(date)* 5/11/2021 |
| at *(city and state)* Philadelphia, PA . |
| Date: 5/11/21 |

SA [signature]

*Arresting officer's signature*

SA Jennifer A. Morrow, FBI

*Printed name and title*