**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:21-mj-00418

Gary Wickersham
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Michael Noone, PA0097
(Attorney & Bar ID Number)

Noone & Borger, LLC
(Firm Name)

32 South Church St.
(Street Address)

West Chester, PA 19382
(City)           (State)         (Zip)

484-947-5383
(Telephone Number)