# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-CR-606 (RCL)** |
| v. : | |
| : | |
| **GARY LAIRD WICKERSHAM** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF VIDEO EXHIBIT PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits that will be provided to the Court and all counsel in support of the Government's Sentencing Memorandum (ECF No. 20) and all videos referenced therein. The exhibits are as follows:

### GOV'T EXHIBIT 1—Government's Sentencing Video

*Type:* Compilation video
*File Type:* .mp4
*Length:* 27 min 20 sec
*Source:* Created by government
*Description:* The video combines OSINT maps, U.S. Capitol Police CCV, OSINT video, and video recovered from phones of unrelated Capitol Riot defendants. The compilation video shows as completely as possible the defendant's path through the Capitol and the atmosphere of the rioters in the places defendant went at the approximate times he was in each location. The video contains clear notations of videos whose inclusion is only to show the atmosphere and path of the defendant, but in which the defendant is neither seen nor heard. The origin of all media used in the video is notated on title slides that are interspersed with the video clips. Further information can be provided upon request.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

2

The government has shown this video to Senior Legal Counsel from the U.S. Capitol Police. The government's position, with which USCP concurs, is that there is no objection to Government Exhibit 1 being shown to the Court or to Government Exhibit 1 being released to any member of the media who files an application for access pursuant to Standing Order No. 21-28 (BAH), ¶ 4, and LCrR 57.6.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656