1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 1:21-cr-0606

5          vs.                         Washington, DC
                                       December 21, 2021
6    GARY LAIRD WICKERSHAM,
                                       12:11 p.m.
7              Defendant.
     _____/
8

9              TRANSCRIPT OF VIDEO SENTENCING
          BEFORE THE HONORABLE ROYCE C. LAMBERTH
10             UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12

13   For the Government:     SEAN MURPHY
                             U.S. Attorney's Office for the
14                           District of Puerto Rico
                             Torre Chardon, Suite 1201
15                           350 Carlos Chardon Avenue
                             San Juan, PR 00918
16

17   For the Defendant:      MICHAEL NOONE
                             Noone & Borger, LLC
18                           32 South Church Street
                             West Chester, PA 19382

19

20

21

22

23   Court Reporter:         JEFF M. HOOK
                             Official Court Reporter
24                           U.S. District & Bankruptcy Courts
                             333 Constitution Avenue, NW
25                           Room 4700-C
                             Washington, DC 20001

1              **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  We're on the record in criminal

3      case 21-606, United States of America v. Gary Wickersham.

4      Counsel, please identify yourselves, starting with the

5      Government.

6              **MR. MURPHY:**  Good afternoon, Your Honor.  Sean

7      Murphy on behalf of the United States.

8              **MR. NOONE:**  Good afternoon, Your Honor.  Michael

9      Noone on behalf of Mr. Wickersham who is present with me in

10     my office.

11             **THE COURT:**  Okay.  I take it there's no further

12     dispute over the presentence report, and both sides are

13     prepared to go forward to sentencing today; am I correct?

14             **MR. MURPHY:**  On behalf of the Government, yes,

15     Your Honor.

16             **MR. NOONE:**  Yes, Your Honor.

17             **THE COURT:**  Okay.  I'll allow the Government to

18     allocute first, and then I'll hear from the defendant.

19     Mr. Murphy.

20             **MR. MURPHY:**  Yes, Your Honor.  This case has --

21     well, first of all, the Government submitted a sentencing

22     memorandum at docket number 20, ECF number 20, and fully

23     incorporates the arguments made therein into the record

24     today.  As we explained in the memorandum, this is a

25     difficult case.  It's a very difficult case, and --

1      **THE COURT:**  He's the first defendant I've had

2   who's older than me in quite sometime, so it is an unusual

3   case, that's for sure.

4      **MR. MURPHY:**  Yes, Your Honor.  And it's -- George

5   Washington University identifies the average age of the

6   Capitol riot defendants as 39 years old.  Mr. Wickersham is

7   obviously double that.  However, this was not entirely a

8   young man's game.  Recently there was another defendant by

9   the name of Howard Richardson who is out of King of Prussia,

10  Pennsylvania which is only about 20 minutes away from

11  Mr. Wickersham.  He engaged in conduct that was much more

12  severe than Mr. Wickersham.  He attacked a police officer

13  with a flagpole with the flag attached until it broke, and

14  he was 71 years old.  So it's far from being a young man's

15  crime or a young man's attack on the Capitol.

16      But the real question, as Your Honor is aware, is

17  how to balance all the various factors into crafting an

18  appropriate sentence that will properly punish

19  Mr. Wickersham for the actions that he took, but also allow

20  for deterrence for the general public.  As Your Honor is

21  aware -- or may or may not be aware actually, I shouldn't

22  assume, Newsweek published an article yesterday, the title

23  of which is Millions of Angry Armed Americans Stand Ready to

24  Seize Power if Trump Loses in 2024.  The very first example

25  they give in the very first paragraph is a 73-year-old

1    Vietnam veteran from Georgia who says that the 2024 election

2    may be the trigger to additional violence.

3           So bringing it back to -- and again, there's no

4    indication in Mr. Wickersham's case that he possessed a gun,

5    possessed any kind of weapon or engaged in any act of

6    violence during his time on Capitol grounds or inside the

7    Capitol.  But I only bring up that article and that point to

8    address the larger issue of deterrence, future deterrence.

9           Mr. Wickersham -- well, specifically the

10   Government is asking for four months of home detention as to

11   Mr. Wickersham, a three year term of probation, 60 hours of

12   community service and $500 in restitution.  The $500 in

13   restitution is a point that was agreed to by the parties as

14   part of the plea agreement.  As outlined in the Government's

15   sentencing memorandum, the most troubling aspects of

16   Mr. Wickersham's behavior are the fact that he was seconds

17   behind the breach of the police line at the northwest

18   scaffolding, the steps leading up to the northwest plaza of

19   the Capitol.  He was less than a minute behind the initial

20   breach into the Capitol at the Senate wing door.  And then

21   he was right there on the front line -- at least for a

22   period of time -- of the rioters as they confronted a line

23   of police officers in the Capitol crypt.

24          He's seen on surveillance, as the Government

25   showed in screen shots and the video compilation, engaging

1  and gesturing towards at least three law enforcement

2  officers on the front line of that breach -- a confrontation

3  of the police line in that subsequent breach of that police

4  line; which the breach of the police line in the crypt led

5  to the infestation of the Capitol.  That's the point where

6  rioters were allowed to go down -- or after they breached

7  the police line, they went down to the Capitol visitors

8  center.  They went up to Pelosi's suite of offices.  Many of

9  the main players in terms of breaching the east rotunda

10  doors, the north doors and other points of breach in the

11  Capitol were there in that initial breach of the police line

12  in the crypt.

13          Mr. Wickersham, after breaching the police line,

14  apparently by his own admission went down to Steny Hoyer's

15  office, Congressman Steny Hoyer's office, although we don't

16  have any video showing him in that area.  But he did proceed

17  down another office hallway of the Capitol and leave through

18  the upper west terrace door seemingly of his own volition.

19  But he did hold the door open for other rioters to come in

20  after him.

21          So for all those reasons -- and the Government

22  has, again, submitted screen shots of many of those events

23  and a compilation video that allows Your Honor to see that

24  en vivo.  We believe the sentence of home detention is

25  appropriate, especially -- and it seems that Mr. Wickersham

1    has subsequently come to be more remorseful and accepting of

2    culpability in his actions.  But in his initial interview

3    with the FBI immediately after the -- and it was

4    January 15th I believe, he seemed to still believe at that

5    time that this was Antifa's fault; and that because he was a

6    taxpayer, he was allowed to do as he did, and expressed very

7    little remorse at that point.  I will say, again, that the

8    passage of time seems to have changed his tune on that, but

9    it is another point that we do ask Your Honor to consider.

10            In terms of avoiding discrepancy amongst the

11   sentences, this is a difficult point, made only more

12   difficult by the passage of time and the increasing number

13   of sentences handed down by the honorable judges and senior

14   judges of the District of Columbia.  As Your Honor is well

15   aware, Your Honor and the other honorable judges are

16   individuals and will have your own opinions and styles and

17   decisions ultimately as to the sentences that you hand down.

18   But we do believe that this recommendation of home detention

19   is in keeping with -- it would avoid any discrepancy between

20   Mr. Wickersham and the other sentenced defendants from

21   January 6th.

22            We did point to several cases for Your Honor to

23   consider in the memo, but specifically the case of the

24   Bustles, Joshua and Jessica Bustle; and the fact that they

25   were sentenced to home detention when their conduct was by

1    many counts less culpable or less severe than

2    Mr. Wickersham.  And then, again, to -- and I apologize,

3    Derek Jancart and Erik Rau, two individuals who were

4    sentenced to terms of incarceration but whose actions were

5    much more comparable to Mr. Wickersham's.  They were never

6    in close proximity to a breach of a police line, whereas

7    Mr. Wickersham was in close proximity to three -- or I'm

8    sorry, two breaches of a police line and the breach of the

9    Capitol at the Senate wing doors.  They did go into Nancy

10   Pelosi's office suite which Mr. Wickersham did not.  They

11   stayed in for about 40 minutes.  Mr. Wickersham with in the

12   Capitol for about 22 minutes.

13          So whereas each individual case is just that, very

14   much an individual that requires individual consideration,

15   we do believe that the recommended sentence of four months

16   home detention, three years of probation and 60 hours of

17   community service as well as the agreed upon $500 in

18   restitution protects the community, promotes respect for the

19   law and deters future crime by imposing restrictions on the

20   liberty of Mr. Wickersham because of his behavior, but at

21   the same time recognizing his early acceptance of

22   responsibility.

23          **THE COURT:**  All right.  Thank you very much,

24   Mr. Murphy.  I did find your memo very helpful, and I

25   appreciate your effort to put together what's happened in

1    other cases, it's helpful to the Court.

2            Mr. Noone.

3            **MR. NOONE:**  Good afternoon, Your Honor.  I also

4    filed a memorandum in aid of sentencing in this matter, and

5    I just want to elaborate a little bit more upon some of

6    those facts and features of Mr. Wickersham.  And

7    Mr. Wickersham is prepared to address the Court at the

8    appropriate time as well.

9            Mr. Wickersham is now an 81-year-old man, and made

10   a terrible decision to go inside the Capitol on January 6th

11   of this year.  It's a decision that he regrets sincerely and

12   deeply, a decision that -- part of the sadness of how this

13   applies to Mr. Wickersham as the individual, as Mr. Murphy

14   indicated before, is that in many ways that decision and

15   those 22 minutes is now going to define an 81-year-old man's

16   life.  It's something that he shouldn't have done, something

17   that he realizes he was not authorized to do, and something

18   that he is prepared to accept full and complete

19   responsibility for.

20           We ask the Court to consider a full probationary

21   sentence.  And part of the reason for that, Judge, is I can

22   appreciate the requirements Mr. Murphy has to go through in

23   fashioning their recommendation to the Court.  I certainly

24   appreciate Your Honor's role in determining what is an

25   appropriate sentence in this matter.  I'd note that

1    Mr. Wickersham is an 81-year-old man who lives alone now

2    here in West Chester.  His wife of 51 years passed away in

3    2018 after a long battle with Parkinson's disease.

4    Mr. Wickersham's actually said to me that if she was alive,

5    that she would hit him frankly, and that this would be

6    something that would be very difficult for her.  And I think

7    that casts a large shadow on Mr. Wickersham's life now.  He

8    lives within a short drive of his two adult children and his

9    grandchildren.  He has another adult child who lives in

10   North Carolina.  But he does live within close proximity to

11   his two adult children and his grandchildren, and he sees

12   them on a regular basis.

13          I'd note that if the Court were to impose house

14   arrest, obviously his children and grandchildren could visit

15   him, but he wouldn't be able to visit them.  I understand

16   that there needs to be a punishment for his actions that

17   day, and he understands that, Judge.  I just bring that up,

18   because I think when it's an 81-year-old man who frankly,

19   before Your Honor came out this morning, was talking to me

20   about how much joy he got from being able to see his two

21   grandchildren participate in a musical presentation as part

22   of a Christmas play that he just went to the other night,

23   that limiting his ability to do that now in his golden years

24   would actually have a very profound impact on

25   Mr. Wickersham; an impact that is perhaps disproportionate

1    to the impact that a sentence of house arrest would have on

2    a younger man or a younger woman, as has been fashioned in

3    these cases.

4           I'd also note, Judge, that Mr. Wickersham has for

5    most of his life, for all but one day of his life, lived a

6    life that we'd all look at as something that is consistent

7    with the American ideals.  He served in the U.S. military;

8    he enrolled out of high school after graduating high school.

9    He was in Germany and served honorably, was discharged

10   honorably, and then had a blue collar job at a paper mill

11   here in suburban Philadelphia.  And then after retiring from

12   that, he worked as a school bus driver here in suburban

13   Philadelphia where he retired eventually to live the golden

14   years with his wife.  He raised a family.  He raised

15   grandchildren now, he's involved in their lives, and he has

16   one great grandson.  He's never had so much as a summary

17   offense or a traffic ticket over the course of his life.

18          And it's shocking in many ways and very

19   discouraging, and I think a reflection of just how bad the

20   events -- obviously bad for the history of this country,

21   terrible for the victims and the people who were in the

22   Capitol, but also the long term consequences of the sadness

23   and the events of January 6th that I'm now sitting in an

24   office with Mr. Wickersham.

25          When the FBI came and interviewed Mr. Wickersham,

1    he did tell them that he was there, he accepted

2    responsibility.  Now, how he phrased it, I don't think he

3    believed that he had the right to be inside because he was a

4    taxpayer, but he made that comment.  But he was accepting of

5    responsibility.  He didn't say that he wasn't there.  He

6    certainly didn't lie, thankfully.  One of the things he did

7    say to the FBI when they said you're probably going to need

8    to get a lawyer is that, "I don't know any lawyers."  It

9    goes to show you that in 81 years, Mr. Wickersham has never

10   had a need for a lawyer.

11          So I bring those things up, Judge, because I know

12   when we are in court, we always talk about the defendant and

13   the uniqueness of the defendant.  And this is a situation

14   where I've been doing mostly criminal work for over 20 years

15   now, and I don't think I've ever had a criminal defendant,

16   either as a prosecutor or as a defense attorney now, who's

17   leading the kind of life that Mr. Wickersham has, and now at

18   81 finds himself in a federal criminal court prepared to

19   accept responsibility for his criminal actions.  And Judge,

20   that's something that I know that is not lost on

21   Mr. Wickersham.  And I will stop momentarily to allow

22   Mr. Wickersham to address the Court, because I recognize

23   that's the most important thing.

24          But I do just want to touch briefly on his

25   behavior that day:  Completely inappropriate, unacceptable

1    and criminal.  However, things that he did not do, as I

2    indicated in my memorandum.  He didn't organize any of these

3    trips down there.  I think frankly he went down there

4    because he was bored and had nothing else to do, because

5    he's living alone in a two-hour distance from Washington,

6    D.C.  He didn't bring a weapon, he didn't bring any

7    instrumentalities of a crime with him.  He did not post any

8    inflammatory language or videos online before, during or

9    after.

10           All of those things are things that distinguish

11   him frankly from the majority of the people who were there.

12   He did not engage in any physical violence when he was in

13   there.  He didn't engage in any property damage when he was

14   in there.  There's no indication that he's inciting that

15   kind of violence or physical mayhem.  Granted, he's there,

16   he's part of a group of people, and I recognize that that by

17   itself, the sheer number of people, is a reflection of that

18   in what was a riot.  But I bring up that he wasn't seen on

19   the video saying go get them or do this, nothing like that

20   by Mr. Wickersham.

21           And then he was in there for 22 minutes.  That's

22   actually five minutes less than the video that the United

23   States Government provided to the Court as a summary of his

24   behavior.  Twenty-two minutes is how long he was in there.

25   He made his way out on his own.  Yes, he was one of the

1    first few in there, but he left on his own accord.  I think

2    frankly he kind of wandered around, and then found a door

3    and then left and got out of there.  And as he said to me,

4    at one point he realized Wicky -- which is what he calls

5    himself sometimes, Wicky, you've got to get out of here.

6    And that's when he realized that he had to get out of there,

7    and then he left.

8         Did he hold the door open to leave?  Yes, he

9    opened the door to leave.  It's not like he was waving

10   people through as he was walking out.  But again, I

11   recognize and appreciate all the factors that Mr. Murphy and

12   all the factors that Your Honor have to come up with and

13   weigh and balance in determining an appropriate sentence.

14   But we ask the Court to really give -- and I know you will,

15   really give a deep dive into the individual characteristics

16   of Mr. Wickersham, because he is unique, as everyone is.

17   But even in comparison to the other defendants who are

18   charged with this behavior, he is vastly different than the

19   overwhelming majority of those people.

20        And with that, Your Honor, we would just ask that

21   the Court -- respectfully ask that the Court sentence

22   Mr. Wickersham accordingly to a period that does not include

23   that house arrest factor so that he can still interact with

24   his family and not be essentially locked up in his own home

25   here.  Mr. Wickersham is prepared to do any kind of

1    community service.  I think frankly, in many ways, that

2    would be good for him to engage in his community and pay the

3    debt back to society that way.  Get him out, to the extent

4    that we can now with COVID, but get him engaged and serve

5    people.

6         And Judge, with that, I will stop now.  I

7    appreciate your patience.  I'll let Mr. Wickersham address

8    the Court, if Your Honor is prepared for that at this time.

9         **THE COURT:**  I know you would be nervous at a time

10   like this, Mr. Wickersham, but anything you'd like to say

11   I'm certainly interested in hearing.

12        **THE DEFENDANT:**  Well, Your Honor, January 6th

13   is -- Mr. Noone did say it right, I was there.  The day

14   before that, when you live at home like that, you get bored.

15   There was a bus trip down to D.C., and I go down there in my

16   car; I go down there just to ride through and go visit the

17   museums about once every year.  It's a wonderful city to

18   experience.  But as I -- I went down there and we got off

19   the bus.  As I was walking by the Capitol, that was the last

20   place in the world where I thought I would be traipsing 22

21   minutes inside.  It's not like me to do that.

22        For my whole 81 years, and that 22 minutes I spent

23   in there, that was a dark blot on my life and I regret doing

24   it.  I think the remark that I made that it was public

25   property, no, I don't know whether I said that or not, but

1    it's -- I still shouldn't have been there, I shouldn't been

2    in there.  It's not like me to do things like that.  Usually

3    I'm running around here and there and I'm hiking every day

4    or something like that.  But what I did that day, those 22

5    minutes, I don't think that is -- that is a dark blot in

6    comparison to me serving my country for three years back in

7    the '60s.  It's something that I shouldn't have done.  I'm

8    remorseful for it.

9            I guess I throw everything -- I'd ask for mercy on

10   me on my part.  The only thing I can do right now is throw

11   myself to the mercy of the Court and you, Your Honor.

12   That's about all I have to say.

13           **THE COURT:**  Okay.  Give me just one moment.

14       (Brief pause in the proceedings)

15           **THE COURT:**  Pursuant to the Sentencing Reform Act

16   of 1984, and in consideration of the provisions of 18 U.S.C.

17   section 3553, it's the judgment of the Court that you, Gary

18   Laird Wickersham, are hereby sentenced to a term of 36

19   months probation on count four.  In addition, you're ordered

20   to pay a special assessment of $10 in accordance with 18

21   U.S.C. section 3013.  You're ordered to pay a fine in the

22   amount of $2,000.  In addition, you're ordered to make

23   restitution, as you've agreed to do, in the amount of $500.

24   The restitution shall be payable to the Architect of the

25   Capitol.

1          I will give you the mandatory conditions of

2   supervision, but also as a special condition of supervision,

3   you will have location monitoring.  You'll be monitored by

4   the form of location monitoring technology indicated herein

5   for a period of 90 days, and you must follow the rules and

6   regulations of the location monitoring program.

7          The cost of the program is waived.  Location

8   monitoring technology is at the discretion of the probation

9   officer, including radio frequency monitoring, GPS

10  monitoring, including hybrid GPS, SmartLINK through voice

11  recognition.  This form of location monitoring technology

12  will be used to monitor the following restriction on your

13  movement in the community:  You're restricted to your

14  residence at all times except for employment, education,

15  religious services, medical or substance abuse or mental

16  health treatment, attorney visits, court appearances,

17  court-ordered obligations or other activities preapproved by

18  the probation officer.  So that's home detention.  That's

19  the standard order for home detention.  And preapproved by

20  the probation officer, those activities would allow you to

21  leave home.

22          I find that home detention is appropriate as a

23  condition of probation.  I find probation is appropriate in

24  this case.  I have -- since that original case in which I

25  gave probation, I have not been willing to do probation in

1    any other case.  Because my assessment of the seriousness of

2    the crime here is such that even for people who just were

3    there for a short period and who walked through, the

4    seriousness of what happened that day and the reaction of

5    people and the public to what happened that day, and the

6    effect on the country is such that the courts have to treat

7    it as a serious offense.  And the courts have to ensure that

8    the deterrent value of our sentencing laws are such that we

9    deter others in the future -- not just you, but others in

10   the future from engaging in that type of conduct so that

11   there have to be consequences.

12          At the same time, I agree with what you just said

13   about mercy and trying to individualize what we're doing in

14   these cases.  I certainly appreciate that you have led a

15   life that is to be emulated as a veteran; as an upstanding

16   citizen and your willingness to admit your error in this

17   case, your willingness to early plead guilty in this case

18   and accept responsibility for the error you made in this

19   case and say today what you did was wrong.  And the Court

20   has to encourage others to do as you have done in this case.

21   And that's what I do want to do by this sentence today, is

22   not discourage others from coming forward and doing what

23   they can to set things straight with what happened that day,

24   as you are doing today.

25          While on supervision, you shall abide by the

1  following mandatory conditions as well as the standard

2  conditions of supervision, which are imposed to establish

3  the basic expectations for your conduct while on

4  supervision.  Mandatory conditions include, one, you must

5  not commit another federal, state or local crime; two, you

6  must not unlawfully possess a controlled substance; three,

7  the mandatory drug testing condition is suspended based on

8  my determination that you pose a low risk of future

9  substance abuse; and four, you must make restitution in

10  accordance with 18 U.S.C. section 3663 and 3663(a) or any

11  other statute authorizing the sentence of restitution.

12         The Court authorizes supervision in this case to

13  be transferred to the United States District Court for the

14  District of Pennsylvania.  But I do not transfer

15  jurisdiction, I retain jurisdiction.

16         Restitution payments shall be made to the Clerk of

17  the Court for the United States District Court for

18  disbursement to the victim, the Architect of the Capitol,

19  Office of the Chief Financial Officer, Attention Kathy

20  Sherrill, CPA, Ford House Office Building, Washington, D.C.

21  20515.  Financial obligations are immediately payable to the

22  Clerk of the Court, U.S. District Court, 333 Constitution

23  Avenue, NW, Washington, D.C. 20001.  Within 30 days of any

24  change of address, you shall notify the Clerk of the Court

25  of the change until such time as the financial obligation is

1    paid in full.

2            The probation office shall release the presentence

3    investigation report to all appropriate agencies, which

4    includes the probation office in the district of residence,

5    in order to execute the sentence of the Court.  The

6    treatment agencies shall return the presentence report to

7    the probation office upon the defendant's completion or

8    termination from treatment.

9            Pursuant to 18 U.S.C. section 3742, you may have a

10   right to appeal the sentence I've imposed.  If you appeal,

11   you must file any appeal within 14 days after I enter

12   judgment.  As defined in 28 U.S.C. section 2255, you have --

13   you also have the right to challenge the conviction entered

14   or sentence imposed if new or currently unavailable

15   information becomes available to you or on a claim that you

16   received ineffective assistance of counsel in entering a

17   plea of guilty to the offense of conviction or in connection

18   with sentencing.  If you're unable to afford the cost of an

19   appeal, you may request permission from the Court to file an

20   appeal without cost to you.

21           Pursuant to the D.C. Circuit's opinion in U.S. v.

22   Hunter, are there any objections by either counsel to the

23   sentence imposed that are not already noted on the record,

24   the Government?

25           **MR. MURPHY:**  On behalf of the Government, no, Your

1    Honor.  Thank you.

2              **THE COURT:**  Defendant?

3         **MR. NOONE:**  No, Your Honor.  Thank you.

4              **THE COURT:**  All right.  With that, the Court will

5    be in recess.  Good luck to you.

6         **MR. NOONE:**  Thank you, Your Honor.

7              **THE COURT:**  Mr. Wickersham, I appreciate what

8    you've done here.  I think that you have led the way for

9    others to recognize that the jig is up.  You've done the

10   right thing.  I hope others will follow your lead.  There

11   are a lot of people out there right now that think that some

12   magic is going to happen, and they want to go to trial and

13   they -- I haven't seen anybody that -- I mean, when you see

14   these tapes, I don't know what they're going to try.

15             I wish you hadn't stayed in there as long as you

16   did.  But, you know, when you saw what was going on you

17   left, and I appreciate that fact.  That's why I'm doing what

18   I'm doing.  You know you shouldn't have been there, you

19   admit you shouldn't, you admit it was wrong and you left.

20   And I appreciate that, and you get some credit for that.

21             The Court will be in recess.

22        **MR. MURPHY:**  Your Honor, I'm sorry to interrupt,

23   but I do ask that the Court dismiss at this time counts one

24   through three from the information as to Mr. Wickersham,

25   which are the remaining counts on the information.

1          **THE COURT:**  So ordered.

2          **MR. MURPHY:**  Thank you, Your Honor.

3          **MR. NOONE:**  Thank you, Your Honor.

4          **THE COURT:**  Good luck and take care,

5     Mr. Wickersham.

6          (Proceedings adjourned at 12:44 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **C E R T I F I C A T E**

2

3              I, **Jeff Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript

5    of the remotely reported proceedings in the above-entitled

6    matter.

7                   **PLEASE NOTE:**  This hearing occurred during

8    the COVID-19 pandemic and is therefore subject to the

9    technological limitations of court reporting remotely.

10

11

12

13        **January 11, 2022**

14            **DATE**                              **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**$**

$10 [1]   15/20
$2,000 [1]   15/22
$500 [4]   4/12 4/12
   7/17 15/23

**'**

'60s [1]   15/7

**0**

00918 [1]   1/15
0606 [1]   1/4

**1**

1201 [1]   1/14
12:11 [1]   1/6
12:44 p.m [1]   21/6
14 [1]   19/11
15th [1]   6/4
18 [4]   15/16 15/20
   18/10 19/9
19 [1]   22/8
19382 [1]   1/18
1984 [1]   15/16
1:21-cr-0606 [1]
   1/4

**2**

20 [4]   2/22 2/22
   3/10 11/14
20001 [2]   1/25
   18/23
2018 [1]   9/3
2021 [1]   1/5
2024 [2]   3/24 4/1
20515 [1]   18/21
21 [1]   1/5
21-606 [1]   2/3
22 [6]   7/12 8/15
   12/21 14/20 14/22
   15/4
2255 [1]   19/12
28 [1]   19/12

**3**

30 [1]   18/23
3013 [1]   15/21
32 [1]   1/17
333 [2]   1/24 18/22
350 [1]   1/14
3553 [1]   15/17
36 [1]   15/18
3663 [2]   18/10
   18/10
3742 [1]   19/9
39 [1]   3/6

**4**

40 [1]   7/11
4700-C [1]   1/24

**5**

51 [1]   9/2

**6**

60 [2]   4/11 7/16
606 [1]   2/3
6th [4]   6/21 8/10
   10/23 14/12

**7**

71 [1]   3/14
73-year-old [1]
   3/25

**8**

81 [3]   11/9 11/18
   14/22
81-year-old [4]   8/9
   8/15 9/1 9/18

**9**

90 [1]   16/5

**A**

abide [1]   17/25
ability [1]   9/23
able [2]   9/15 9/20
above [1]   22/5
above-entitled [1]
   22/5
abuse [2]   16/15
   18/9
accept [3]   8/18
   11/19 17/18
acceptance [1]   7/21
accepted [1]   11/1
accepting [2]   6/1
   11/4
accord [1]   13/1
accordance [2]
   15/20 18/10
accordingly [1]
   13/22
act [2]   4/5 15/15
Action [1]   1/3
actions [5]   3/19
   6/2 7/4 9/16 11/19
activities [2]
   16/17 16/20
actually [4]   3/21
   9/4 9/24 12/22
addition [2]   15/19
   15/22
additional [1]   4/2
address [5]   4/8 8/7
   11/22 14/7 18/24
adjourned [1]   21/6
admission [1]   5/14
admit [3]   17/16
   20/19 20/19
adult [3]   9/8 9/9
   9/11
afford [1]   19/18
afternoon [3]   2/6
   2/8 8/3
again [5]   4/3 5/22
   6/7 7/2 13/10
age [1]   3/5
agencies [2]   19/3
   19/6
agree [1]   17/12
agreed [3]   4/13
   7/17 15/23
agreement [1]   4/14
aid [1]   8/4
alive [1]   9/4
allocute [1]   2/18
allow [4]   2/17 3/19

11/21 16/20
allowed [2]   5/6 6/6
allows [1]   5/23
alone [2]   9/1 12/5
although [1]   5/15
always [1]   11/12
AMERICA [2]   1/3 2/3
American [1]   10/7
Americans [1]   3/23
amongst [2]   6/10
amount [2]   15/22
   15/23
Angry [1]   3/23
Antifa's [1]   6/5
apologize [1]   7/2
apparently [1]   5/14
appeal [5]   19/10
   19/10 19/11 19/19
   19/20
appearances [2]
   1/11 16/16
applies [1]   8/13
appreciate [9]   7/25
   8/22 8/24 13/11
   14/7 17/14 20/7
   20/17 20/20
appropriate [8]
   3/18 5/25 8/8 8/25
   13/13 16/22 16/23
   19/3
Architect [2]   15/24
   18/18
area [1]   5/16
arguments [1]   2/23
Armed [1]   3/23
around [2]   13/2
   15/3
arrest [3]   9/14
   10/1 13/23
article [2]   3/22
   4/7
aspects [1]   4/15
assessment [2]
   15/20 17/1
assistance [1]
   19/16
assume [1]   3/22
attached [1]   3/13
attack [1]   3/15
attacked [1]   3/12
Attention [1]   18/19
attorney [2]   11/16
   16/16
Attorney's [1]   1/13
authorized [1]   8/17
authorizes [1]
   18/12
authorizing [1]
   18/11
available [1]   19/15
Avenue [3]   1/14
   1/24 18/23
average [1]   3/5
avoid [1]   6/19
avoiding [1]   6/10
aware [4]   3/16 3/21
   3/21 6/15
away [2]   3/10 9/2

**B**

back [3]   4/3 14/3
   15/6
bad [2]   10/19 10/20
balance [2]   3/17
   13/13
Bankruptcy [1]   1/23
based [1]   18/7
basic [1]   18/3
basis [1]   9/12
battle [1]   9/3
becomes [1]   19/15
behalf [4]   2/7 2/9
   2/14 19/25
behavior [5]   4/16
   7/20 11/25 12/24
   13/18
behind [2]   4/17
   4/19
bit [1]   8/5
blot [2]   14/23 15/5
blue [1]   10/10
bored [2]   12/4
   14/14
Borger [1]   1/17
both [1]   2/12
breach [9]   4/17
   4/20 5/2 5/3 5/4
   5/10 5/11 7/6 7/8
breached [1]   5/6
breaches [1]   7/8
breaching [2]   5/9
   5/13
Brief [1]   15/14
briefly [1]   11/24
bring [6]   4/9 9/17
   11/11 12/6 12/6
   12/18
bringing [1]   4/3
broke [1]   3/13
Building [1]   18/20
bus [3]   10/12 14/15
   14/19
Bustle [1]   6/24
Bustles [1]   6/24

**C**

calls [1]   13/4
came [2]   9/19 10/25
can [5]   8/21 13/23
   14/4 15/10 17/23
Capitol [18]   3/6
   3/15 4/6 4/7 4/19
   4/20 4/23 5/5 5/7
   5/11 5/17 7/9 7/12
   8/10 10/22 14/19
   15/25 18/18
car [1]   14/16
care [1]   21/4
Carlos [1]   1/14
Carolina [1]   9/10
case [16]   2/3 2/20
   2/25 2/25 3/3 4/4
   6/23 7/13 16/24
   16/24 17/1 17/17
   17/17 17/19 17/20
   18/12
cases [4]   6/22 8/1
   10/3 17/14

**C**

casts [1]   9/7
center [1]   5/8
certainly [4]   8/23
11/6 14/11 17/14
certify [1]   22/4
challenge [1]   19/13
change [2]   18/24
18/25
changed [1]   6/8
characteristics [1]
13/15
Chardon [2]   1/14
1/14
charged [1]   13/18
Chester [2]   1/18
9/2
Chief [1]   18/19
child [1]   9/9
children [3]   9/8
9/11 9/14
Christmas [1]   9/22
Church [1]   1/17
Circuit's [1]   19/21
citizen [1]   17/16
city [1]   14/17
claim [1]   19/15
Clerk [3]   18/16
18/22 18/24
close [3]   7/6 7/7
9/10
collar [1]   10/10
COLUMBIA [2]   1/1
6/14
coming [1]   17/22
comment [1]   11/4
commit [1]   18/5
community [6]   4/12
7/17 7/18 14/1 14/2
16/13
comparable [1]   7/5
comparison [2]
13/17 15/6
compilation [2]
4/25 5/23
complete [1]   8/18
Completely [1]
11/25
completion [1]   19/7
condition [3]   16/2
16/23 18/7
conditions [4]   16/1
18/1 18/2 18/4
conduct [4]   3/11
6/25 17/10 18/3
confrontation [1]
5/2
confronted [1]   4/22
Congressman [1]
5/15
connection [1]
19/17
consequences [2]
10/22 17/11
consider [3]   6/9
6/23 8/20
consideration [2]
7/14 15/16
consistent [1]   10/6

**Constitution [2]**
1/24 18/22
controlled [1]   18/6
conviction [2]
19/13 19/17
cost [3]   16/7 19/18
19/20
counsel [3]   2/4
19/16 19/22
count [1]   15/19
country [3]   10/20
15/6 17/6
counts [3]   7/1
20/23 20/25
course [1]   10/17
court [35]
court-ordered [1]
16/17
courts [3]   1/23
17/6 17/7
COVID [2]   14/4 22/8
COVID-19 [1]   22/8
CPA [1]   18/20
cr [1]   1/4
crafting [1]   3/17
credit [1]   20/20
crime [5]   3/15 7/19
12/7 17/2 18/5
criminal [7]   1/3
2/2 11/14 11/15
11/18 11/19 12/1
crypt [3]   4/23 5/4
5/12
culpability [1]   6/2
culpable [1]   7/1
currently [1]   19/14

**D**

D.C [5]   12/6 14/15
18/20 18/23 19/21
damage [1]   12/13
dark [2]   14/23 15/5
DATE [1]   22/14
day [9]   9/17 10/5
11/25 14/13 15/3
15/4 17/4 17/5
17/23
days [3]   16/5 18/23
19/11
DC [2]   1/5 1/25
debt [1]   14/3
December [1]   1/5
decision [4]   8/10
8/11 8/12 8/14
decisions [1]   6/17
deep [1]   13/15
deeply [1]   8/12
defendant [9]   1/7
1/16 2/18 3/1 3/8
11/12 11/13 11/15
20/2
defendant's [1]
19/7
defendants [3]   3/6
6/20 13/17
defense [1]   11/16
define [1]   8/15
defined [1]   19/12
Derek [1]   7/3
detention [8]   4/10

5/24 6/18 6/25 7/16
16/18 16/19 16/22
deter [1]   17/9
determination [1]
18/8
determining [2]
8/24 13/13
deterrence [3]   3/20
4/8 4/8
deterrent [1]   17/8
deters [1]   7/19
different [1]   13/18
difficult [5]   2/25
2/25 6/11 6/12 9/6
disbursement [1]
18/18
discharged [1]   10/9
discourage [1]
17/22
discouraging [1]
10/19
discrepancy [2]
6/10 6/19
discretion [1]   16/8
disease [1]   9/3
dismiss [1]   20/23
disproportionate [1]
9/25
dispute [1]   2/12
distance [1]   12/5
distinguish [1]
12/10
district [11]   1/1
1/1 1/10 1/13 1/23
6/14 18/13 18/14
18/17 18/22 19/4
dive [1]   13/15
docket [1]   2/22
done [5]   8/16 15/7
17/20 20/8 20/9
door [6]   4/20 5/18
5/19 13/2 13/8 13/9
doors [3]   5/10 5/10
7/9
double [1]   3/7
down [12]   5/6 5/7
5/14 5/17 6/13 6/17
12/3 12/3 14/15
14/15 14/16 14/18
drive [1]   9/8
driver [1]   10/12
drug [1]   18/7
during [3]   4/6 12/8
22/7

**E**

early [2]   7/21
17/17
east [1]   5/9
ECF [1]   2/22
education [1]   16/14
effect [1]   17/6
effort [1]   7/25
either [2]   11/16
19/22
elaborate [1]   8/5
election [1]   4/1
else [1]   12/4
employment [1]
16/14

emulated [1]   17/15
en [1]   5/24
encourage [1]   17/20
enforcement [1]   5/1
engage [3]   12/12
12/13 14/2
engaged [3]   3/11
4/5 14/4
engaging [2]   4/25
17/10
enrolled [1]   10/8
ensure [1]   17/7
enter [1]   19/11
entered [1]   19/13
entering [1]   19/16
entirely [1]   3/7
entitled [1]   22/5
Erik [1]   7/3
error [2]   17/16
17/18
especially [1]   5/25
essentially [1]
13/24
establish [1]   18/2
even [2]   13/17 17/2
events [3]   5/22
10/20 10/23
eventually [1]
10/13
everyone [1]   13/16
example [1]   3/24
except [1]   16/14
execute [1]   19/5
expectations [1]
18/3
experience [1]
14/18
explained [1]   2/24
expressed [1]   6/6
extent [1]   14/3

**F**

fact [3]   4/16 6/24
20/17
factor [1]   13/23
factors [3]   3/17
13/11 13/12
facts [1]   8/6
family [2]   10/14
13/24
far [1]   3/14
fashioned [1]   10/2
fashioning [1]   8/23
fault [1]   6/5
FBI [3]   6/3 10/25
11/7
features [1]   8/6
federal [2]   11/18
18/5
few [1]   13/1
file [2]   19/11
19/19
filed [1]   8/4
financial [3]   18/19
18/21 18/25
find [3]   7/24 16/22
16/23
finds [1]   11/18
fine [1]   15/21
first [6]   2/18 2/21

**F**

first... [4]   3/1
3/24 3/25 13/1
five [12]   12/22
flag [1]   3/13
flagpole [1]   3/13
follow [2]   16/5
20/10
following [2]   16/12
18/1
For the Defendant [1]
1/16
Ford [1]   18/20
foregoing [1]   22/4
form [2]   16/4 16/11
forward [2]   2/13
17/22
found [1]   13/2
four [4]   4/10 7/15
15/19 18/9
frankly [6]   9/5
9/18 12/3 12/11
13/2 14/1
frequency [1]   16/9
front [2]   4/21 5/2
full [3]   8/18 8/20
19/1
fully [1]   2/22
further [1]   2/11
future [5]   4/8 7/19
17/9 17/10 18/8

**G**

game [1]   3/8
GARY [3]   1/6 2/3
15/17
gave [1]   16/25
general [1]   3/20
George [1]   3/4
Georgia [1]   4/1
Germany [1]   10/9
gesturing [1]   5/1
goes [1]   11/9
golden [2]   9/23
10/13
good [6]   2/6 2/8
8/3 14/2 20/5 21/4
Government [11]
1/12 2/5 2/14 2/17
2/21 4/10 4/24 5/21
12/23 19/24 19/25
Government's [1]
4/14
GPS [2]   16/9 16/10
graduating [1]   10/8
grandchildren [5]
9/9 9/11 9/14 9/21
10/15
grandson [1]   10/16
Granted [1]   12/15
great [1]   10/16
grounds [1]   4/6
group [1]   12/16
guess [1]   15/9
guilty [2]   17/17
19/17
gun [1]   4/4

**H**

hallway [1]   5/17
hand [1]   6/17
handed [1]   6/13
happen [1]   20/12
happened [4]   7/25
17/4 17/5 17/23
health [1]   16/16
hear [1]   2/18
hearing [2]   14/11
22/7
helpful [2]   7/24
8/1
hereby [1]   15/18
herein [1]   16/4
high [2]   10/8 10/8
hiking [1]   15/3
himself [2]   11/18
13/5
history [1]   10/20
hit [1]   9/5
hold [2]   5/19 13/8
home [11]   4/10 5/24
6/18 6/25 7/16
13/24 14/14 16/18
16/19 16/21 16/22
Honor [26]
Honor's [1]   8/24
honorable [3]   1/9
6/13 6/15
honorably [2]   10/9
10/10
HOOK [3]   1/22 22/3
22/14
hope [1]   20/10
hour [1]   12/5
hours [2]   4/11 7/16
house [4]   9/13 10/1
13/23 18/20
Howard [1]   3/9
Hoyer's [2]   5/14
5/15
Hunter [1]   19/22
hybrid [1]   16/10

**I**

ideals [1]   10/7
identifies [1]   3/5
identify [1]   2/4
immediately [2]   6/3
18/21
impact [3]   9/24
9/25 10/1
important [1]   11/23
impose [1]   9/13
imposed [4]   18/2
19/10 19/14 19/23
imposing [1]   7/19
inappropriate [1]
11/25
incarceration [1]
7/4
inciting [1]   12/14
include [2]   13/22
18/4
includes [1]   19/4
including [2]   16/9
16/10
incorporates [1]

increasing [1]   6/12
indicated [3]   8/14
12/2 16/4
indication [2]   4/4
12/14
individual [5]   7/13
7/14 7/14 8/13
13/15
individualize [1]
17/13
individuals [2]
6/16 7/3
ineffective [1]
19/16
infestation [1]   5/5
inflammatory [1]
12/8
information [3]
19/15 20/24 20/25
initial [3]   4/19
5/11 6/2
inside [4]   4/6 8/10
11/3 14/21
instrumentalities [1]
12/7
interact [1]   13/23
interested [1]
14/11
interrupt [1]   20/22
interview [1]   6/2
interviewed [1]
10/25
into [5]   2/23 3/17
4/20 7/9 13/15
investigation [1]
19/3
involved [1]   10/15
issue [1]   4/8

**J**

Jancart [1]   7/3
January [5]   6/4
6/21 8/10 10/23
14/12
January 15th [1]
6/4
January 6th [4]
6/21 8/10 10/23
14/12
JEFF [3]   1/22 22/3
22/14
Jessica [1]   6/24
jig [1]   20/9
job [1]   10/10
Joshua [1]   6/24
joy [1]   9/20
Juan [1]   1/15
JUDGE [7]   1/10 8/21
9/17 10/4 11/11
11/19 14/6
judges [3]   6/13
6/14 6/15
judgment [2]   15/17
19/12
jurisdiction [2]
18/15 18/15

**K**

Kathy [1]   18/19

keeping [1]   6/19
kind [5]   4/5 11/17
12/15 13/2 13/25
King [1]   3/9

**L**

LAIRD [2]   1/6 15/18
LAMBERTH [1]   1/9
language [1]   12/8
large [1]   9/7
larger [1]   4/8
last [1]   14/19
law [2]   5/1 7/19
laws [1]   17/8
lawyer [2]   11/8
11/10
lawyers [1]   11/8
lead [1]   20/10
leading [2]   4/18
11/17
least [2]   4/21 5/1
leave [4]   5/17 13/8
13/9 16/21
led [3]   5/4 17/14
20/8
left [5]   13/1 13/3
13/7 20/17 20/19
less [4]   4/19 7/1
7/1 12/22
liberty [1]   7/20
lie [1]   11/6
life [9]   8/16 9/7
10/5 10/5 10/6
10/17 11/17 14/23
17/15
limitations [1]
22/9
limiting [1]   9/23
line [12]   4/17 4/21
4/22 5/2 5/3 5/4
5/4 5/7 5/11 5/13
7/6 7/8
line in [1]   5/3
little [2]   6/7 8/5
live [3]   9/10 10/13
14/14
lived [1]   10/5
lives [4]   9/1 9/8
9/9 10/15
living [1]   12/5
LLC [1]   1/17
local [1]   18/5
location [5]   16/3
16/4 16/6 16/7
16/11
locked [1]   13/24
long [4]   9/3 10/22
12/24 20/15
look [1]   10/6
Loses [1]   3/24
lost [1]   11/20
lot [1]   20/11
low [1]   18/8
luck [2]   20/5 21/4

**M**

magic [1]   20/12
main [1]   5/9
majority [2]   12/11
13/19

**M**

man [4]  8/9 9/1
9/18 10/2
man's [4]  3/8 3/14
3/15 8/15
mandatory [4]  16/1
18/1 18/4 18/7
many [6]  5/8 5/22
7/1 8/14 10/18 14/1
matter [3]  8/4 8/25
22/6
may [5]  3/21 3/21
4/2 19/9 19/19
mayhem [1]  12/15
mean [1]  20/13
medical [1]  16/15
memo [2]  6/23 7/24
memorandum [5]  2/22
2/24 4/15 8/4 12/2
mental [1]  16/15
mercy [3]  15/9
15/11 17/13
MICHAEL [2]  1/16
2/8
military [1]  10/7
mill [1]  10/10
Millions [1]  3/23
minute [1]  4/19
minutes [10]  3/10
7/11 7/12 8/15
12/21 12/22 12/24
14/21 14/22 15/5
moment [1]  15/13
momentarily [1]
11/21
monitor [1]  16/12
monitored [1]  16/3
monitoring [7]  16/3
16/4 16/6 16/8 16/9
16/10 16/11
months [3]  4/10
7/15 15/19
more [5]  3/11 6/1
6/11 7/5 8/5
morning [1]  9/19
most [3]  4/15 10/5
11/23
mostly [1]  11/14
movement [1]  16/13
Mr. [49]
Mr. Murphy [5]  2/19
7/24 8/13 8/22
13/11
Mr. Noone [2]  8/2
14/13
Mr. Wickersham [37]
Mr. Wickersham's [5]
4/4 4/16 7/5 9/4
9/7
much [6]  3/11 7/5
7/14 7/23 9/20
10/16
MURPHY [7]  1/12 2/7
2/19 7/24 8/13 8/22
13/11
museums [1]  14/17
musical [1]  9/21
must [5]  16/5 18/4
18/6 18/9 19/11

**N**

myself [1]  15/11
name [1]  3/9
Nancy [1]  7/9
need [2]  11/7 11/10
needs [1]  9/16
nervous [1]  14/9
new [1]  19/14
Newsweek [1]  3/22
night [1]  9/22
NOONE [5]  1/16 1/17
2/9 8/2 14/13
north [2]  5/10 9/10
northwest [2]  4/17
4/18
note [4]  8/25 9/13
10/4 22/7
noted [1]  19/23
notify [1]  18/24
number [4]  2/22
2/22 6/12 12/17
NW [2]  1/24 18/23

**O**

objections [1]
19/22
obligation [1]
18/25
obligations [2]
16/17 18/21
obviously [3]  3/7
9/14 10/20
occurred [1]  22/7
off [1]  14/18
offense [3]  10/17
17/7 19/17
office [12]  1/13
2/10 5/15 5/15 5/17
7/10 10/24 18/19
18/20 19/2 19/4
19/7
officer [5]  3/12
16/9 16/18 16/20
18/19
officers [2]  4/23
5/2
offices [1]  5/8
Official [2]  1/23
22/3
old [7]  3/6 3/14
3/25 8/9 8/15 9/1
9/18
older [1]  3/2
once [1]  14/17
one [8]  10/5 10/16
11/6 12/25 13/4
15/13 18/4 20/23
online [1]  12/8
only [4]  3/10 4/7
6/11 15/10
open [2]  5/19 13/8
opened [1]  13/9
opinion [1]  19/21
opinions [1]  6/16
order [2]  16/19
19/5
ordered [5]  15/19
15/21 15/22 16/17
21/1

organize [1]  12/2
original [1]  16/24
others [6]  17/9
17/9 17/20 17/22
20/9 20/10
out [10]  3/9 9/19
10/8 12/25 13/3
13/5 13/6 13/10
14/3 20/11
outlined [1]  4/14
11/14
over [3]  2/12 10/17
own [6]  5/14 5/18
6/16 12/25 13/1
13/24

**P**

p.m [2]  1/6 21/6
PA [1]  1/24
paid [1]  19/1
pandemic [1]  22/8
paper [1]  10/10
paragraph [1]  3/25
Parkinson's [1]  9/3
part [6]  4/14 8/12
8/21 9/21 12/16
15/10
participate [1]
9/21
parties [1]  4/13
passage [2]  6/8
6/12
passed [1]  9/2
patience [1]  14/7
pause [1]  15/14
pay [3]  14/2 15/20
15/21
payable [2]  15/24
18/21
payments [1]  18/16
Pelosi's [2]  5/8
7/10
Pennsylvania [2]
3/10 18/14
people [10]  10/21
12/11 12/16 12/17
13/10 13/19 14/5
17/2 17/5 20/11
perhaps [1]  9/25
period [4]  4/22
13/22 16/5 17/3
permission [1]
19/19
Philadelphia [2]
10/11 10/13
phrased [1]  11/2
physical [2]  12/12
12/15
place [1]  14/20
Plaintiff [1]  1/4
play [1]  9/22
players [1]  5/9
plaza [1]  4/18
plea [2]  4/14 19/17
plead [1]  17/17
please [2]  2/4 22/7
point [8]  4/7 4/13
5/5 6/7 6/9 6/11

6/22 13/4
points [1]  5/10
police [11]  3/12
4/17 4/23 5/3 5/3
5/4 5/7 5/11 5/13
7/6 7/8
pose [1]  18/8
possess [1]  18/6
possessed [2]  4/4
4/5
post [1]  12/7
Power [1]  3/24
PR [1]  1/15
preapproved [2]
16/17 16/19
prepared [6]  2/13
8/7 8/18 11/18
13/25 14/8
present [1]  2/9
presentation [1]
9/21
presentence [3]
2/12 19/2 19/6
probably [1]  11/7
probation [13]  4/11
7/16 15/19 16/8
16/18 16/20 16/23
16/23 16/25 16/25
19/2 19/4 19/7
probationary [1]
8/20
proceed [1]  5/16
proceedings [3]
15/14 21/6 22/5
profound [1]  9/24
program [2]  16/6
16/7
promotes [1]  7/18
properly [1]  3/18
property [2]  12/13
14/25
prosecutor [1]
11/16
protects [1]  7/18
provided [1]  12/23
provisions [1]
15/16
proximity [3]  7/6
7/7 9/10
Prussia [1]  3/9
public [3]  3/20
14/24 17/5
published [1]  3/22
Puerto [1]  1/13
punish [1]  3/18
punishment [1]  9/16
Pursuant [3]  15/15
19/9 19/21
put [1]  7/25

**Q**

quite [1]  3/2

**R**

radio [1]  16/9
raised [2]  10/14
10/14
Rau [1]  7/3
reaction [1]  17/4
Ready [1]  3/23

**R**

real [1]   3/16
realized [2]   13/4
13/6
realizes [1]   8/17
really [2]   13/14
13/15
reason [1]   8/21
reasons [1]   5/21
received [1]   19/16
Recently [1]   3/8
recess [2]   20/5
20/21
recognition [1]
16/11
recognize [4]   11/22
12/16 13/11 20/9
recognizing [1]
7/21
recommendation [2]
6/18 8/23
recommended [1]
7/15
record [3]   2/2 2/23
19/23
reflection [2]
10/19 12/17
Reform [1]   15/15
regret [1]   14/23
regrets [1]   8/11
regular [1]   9/12
regulations [1]
16/6
release [1]   19/2
religious [1]   16/15
remaining [1]   20/25
remark [1]   14/24
remorse [1]   6/7
remorseful [2]   6/1
15/8
remotely [2]   22/5
22/9
report [3]   2/12
19/3 19/6
reported [1]   22/5
Reporter [3]   1/22
1/23 22/3
reporting [1]   22/9
request [1]   19/19
requirements [1]
8/22
requires [1]   7/14
residence [2]   16/14
19/4
respect [1]   7/18
respectfully [1]
13/21
responsibility [6]
7/22 8/19 11/2 11/5
11/19 17/18
restitution [8]
4/12 4/13 7/18
15/23 15/24 18/9
18/11 18/16
restricted [1]
16/13
restriction [1]
16/12
restrictions [1]

**S**

sadness [2]   8/12
10/22
same [2]   7/21 17/12
San [1]   1/15
saw [1]   20/16
saying [1]   12/19
scaffolding [1]
4/18
school [3]   10/8
10/8 10/12
screen [2]   4/25
5/22
SEAN [2]   1/12 2/6
seconds [1]   4/16
section [5]   15/17
15/21 18/10 19/9
19/12
seemed [1]   6/4
seemingly [1]   5/18
seems [2]   5/25 6/8
sees [1]   9/11
Seize [1]   3/24
Senate [2]   4/20 7/9
senior [1]   6/13
sentence [14]   3/18
5/24 7/15 8/21 8/25
10/1 13/13 13/21
17/21 18/11 19/5
19/10 19/14 19/23
sentenced [4]   6/20
6/25 7/4 15/18
sentences [3]   6/11
6/13 6/17
sentencing [8]   1/9
2/13 2/21 4/15 8/4
15/15 17/8 19/18
serious [1]   17/7
seriousness [2]
17/1 17/4
serve [1]   14/4
served [2]   10/7
10/9
service [3]   4/12
7/17 14/1
services [1]   16/15
serving [1]   15/6

set [1]   17/23
several [1]   6/22
severe [2]   3/12 7/1
shadow [1]   9/7
shall [6]   15/24
17/25 18/16 18/24
19/2 19/6
sheer [1]   12/17
Sherrill [1]   18/20
shocking [1]   10/18
short [2]   9/8 17/3
shots [2]   4/25 5/22
show [1]   11/9
showed [1]   4/25
showing [1]   5/16
sides [1]   2/12
sincerely [1]   8/11
sitting [1]   10/23
situation [1]   11/13
SmartLINK [1]   16/10
society [1]   14/3
sometime [1]   3/2
sometimes [1]   13/5
sorry [2]   7/8 20/22
South [1]   1/17
special [2]   15/20
16/2
specifically [2]
4/9 6/23
spent [1]   14/22
Stand [1]   3/23
standard [2]   16/19
18/1
starting [1]   2/4
state [1]   18/5
STATES [8]   1/1 1/3
1/10 2/3 2/7 12/23
18/13 18/17
statute [1]   18/11
stayed [2]   7/11
20/15
Steny [2]   5/14 5/15
steps [1]   4/18
still [3]   6/4 13/23
15/1
stop [2]   11/21 14/6
straight [1]   17/23
Street [1]   1/17
styles [1]   6/16
subject [1]   22/8
submitted [2]   2/21
5/22
subsequent [1]   5/3
subsequently [1]
6/1
substance [3]   16/15
18/6 18/9
suburban [2]   10/11
10/12
suite [3]   1/14 5/8
7/10
summary [2]   10/16
12/23
supervision [6]
16/2 16/2 17/25
18/2 18/4 18/12
sure [1]   3/3
surveillance [1]
4/24
suspended [1]   18/7

**T**

talk [1]   11/12
talking [1]   9/19
tapes [1]   20/14
taxpayer [2]   6/6
11/4
technological [1]
22/9
technology [3]   16/4
16/8 16/11
term [3]   4/11 10/22
15/18
termination [1]
19/8
terms [3]   5/9 6/10
7/4
terrace [1]   5/18
terrible [2]   8/10
10/21
testing [1]   18/7
thankfully [1]   11/6
therefore [1]   22/8
therein [1]   2/23
thought [1]   14/20
three [7]   4/11 5/1
7/7 7/16 15/6 18/6
20/24
throw [2]   15/9
15/10
ticket [1]   10/17
times [1]   16/14
title [1]   3/22
today [5]   2/13 2/24
17/19 17/21 17/24
together [1]   7/25
took [1]   3/19
Torre [1]   1/14
touch [1]   11/24
towards [1]   5/1
traffic [1]   10/17
traipsing [1]   14/20
transcript [2]   1/9
22/4
transfer [1]   18/14
transferred [1]
18/13
treat [1]   17/6
treatment [3]   16/16
19/6 19/8
trial [1]   20/12
trigger [1]   4/2
trip [1]   14/15
trips [1]   12/3
troubling [1]   4/15
true [1]   22/4
Trump [1]   3/24
try [1]   20/14
trying [1]   17/13
tune [1]   6/8
Twenty [1]   12/24
Twenty-two [1]
12/24
two [8]   7/3 7/8 9/8
9/11 9/20 12/5
12/24 18/5
two-hour [1]   12/5
type [1]   17/10

## U

U.S.C [5]   15/16 15/21 18/10 19/9 19/12
ultimately [1]   6/17
unable [1]   19/18
unacceptable [1]   11/25
unavailable [1]   19/14
understands [1]   9/17
unique [1]   13/16
uniqueness [1]   11/13
UNITED [8]   1/1 1/3 1/10 2/3 2/7 12/22 18/13 18/17
University [1]   3/5
unlawfully [1]   18/6
unusual [1]   3/2
up [9]   4/7 4/18 5/8 9/17 11/11 12/18 13/12 13/24 20/9
upon [3]   7/17 8/5 19/7
upper [1]   5/18
upstanding [1]   17/15
used [1]   16/12
Usually [1]   15/2

## V

value [1]   17/8
various [1]   3/17
vastly [1]   13/18
veteran [2]   4/1 17/15
victim [1]   18/18
victims [1]   10/21
video [6]   1/9 4/25 5/16 5/23 12/19 12/22
videos [1]   12/8
Vietnam [1]   4/1
violence [4]   4/2 4/6 12/12 12/15
visit [3]   9/14 9/15 14/16
visitors [1]   5/7
visits [1]   16/16
vivo [1]   5/24
voice [1]   16/10
volition [1]   5/18

## W

waived [1]   16/7
walked [1]   17/3
walking [2]   13/10 14/19
wandered [1]   13/2
Washington [6]   1/5 1/25 3/5 12/5 18/20 18/23
waving [1]   13/9
way [3]   12/25 14/3 20/8
ways [3]   8/14 10/18 14/1

weapon [2]   4/5 12/6
weigh [1]   13/13
west [3]   1/18 5/18 9/2
what's [1]   7/25
whereas [2]   7/6 7/13
who's [2]   3/2 11/16
whole [1]   14/22
whose [1]   7/4
WICKERSHAM [40]
Wickersham's [5]   4/4 4/16 7/5 9/4 9/7
Wicky [2]   13/4 13/5
wife [2]   9/2 10/14
willing [1]   16/25
willingness [2]   17/16 17/17
wing [2]   4/20 7/9
wish [1]   20/15
within [4]   9/8 9/10 18/23 19/11
without [1]   19/20
woman [1]   10/2
wonderful [1]   14/17
work [1]   11/14
worked [1]   10/12
world [1]   14/20
wrong [2]   17/19 20/19

## Y

year [8]   3/25 4/1 8/9 8/11 8/15 9/1 9/18 14/17
years [10]   3/6 3/14 7/16 9/2 9/23 10/14 11/9 11/14 14/22 15/6
yesterday [1]   3/22
young [3]   3/8 3/14 3/15
younger [2]   10/2 10/2