**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-606 (RCL)** |
| v. | : | |
| | : | |
| **GARY LAIRD WICKERSHAM,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING PURSUANT TO LCrR 49**

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice that it has no objection to the public release of the video exhibits previously provided to the Court and as listed in a previous Notice of Filing (ECF No. 25).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656