# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GARY LAIRD WICKERSHAM,

*Defendant.*

Case No. 1:21-cr-606-RCL

## ORDER

The government [32] having no objection and the time for filing an objection by GARY WICKERSHAM having passed, it is hereby **ORDERED** that [31] Application for Access to Video Exhibit by Press Coalition as to GARY WICKERSHAM is **GRANTED**.

It is **ORDERED** that the government shall make the videos referenced in the application available to the applicants within 72 hours in accordance with Standing Order No. 21-28.

It is **FURTHER ORDERED** that the applicants shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

**IT IS SO ORDERED.**

Date: _____6/29/22_____

Royce C. Lamberth
United States District Judge

1